**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 13, 2005

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   R. Et al v. Sears, Roebuck & Co. Et al

Case Number: 2:05cv640-B

Referenced Pleading:   Answer

Docket Entry Number: #1

**The referenced pleading, electronically filed on 7/12/05, does not contain signatures and is stricken due to non-compliance.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**