**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 3, 2005

## NOTICE OF REASSIGNMENT

Re:   P. R. et al v. Sears, Roebuck & Co et al
      Civil Action No.2:05cv640-B

The above-styled case has been reassigned to District Judge Mark E. Fuller

Please note that the case number is now 2:05cv640-F.  This new case number should be used on all future correspondence and pleadings in this action.

                                        Sincerely,


                                        Sheryl K. Lent
                                        Deputy Clerk