IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., a minor, who sues by and through her mother and next friend, TATUM RUUD; TATUM RUUD, as an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK & CO., a corporation; ICON HEALTH & FITNESS, INC., et al.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.:<br>)   2:05cv640-F<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS SEARS, ROEBUCK & CO.'S AND
ICON HEALTH & FITNESS, INC.'S MOTION FOR
EXTENSION OF TIME TO FILE RULE 26(f) REPORT**

COME NOW Defendants Sears, Roebuck & Co. and ICON Health & Fitness, Inc. (hereinafter "Defendants") and hereby move this Honorable Court to extend the deadline for filing the F.R.C.P. 26(f) report due to the disruption caused by Hurricane Katrina in Mobile, Alabama. As grounds for said motion, Defendants state as follows, to-wit:

1.    The parties planned to have their planning meeting in order to prepare the Rule 26(f) report on Monday, August 29, 2005. (Please see confirmation of scheduled conference attached hereto as Exhibit A).

2.    Hurricane Katrina hit the Gulf Coast, including Mobile, on the same day. As a result of Hurricane Katrina, defense counsel's law office was closed and electricity was out in Mobile.

3.    George Zoghby, Esquire, of defense counsel's firm attempted to contact Plaintiff's counsel from his home in order to have the planning meeting; however, the telephone lines were down and, therefore, the call could not be made.

4. Electricity to downtown Mobile, where defense counsel's law firm is located, was not restored until the evening of August 31. September 1 was the first day the office reopened.

5. On the morning of September 1, 2005, defense counsel again tried to make a long distance call to Plaintiff's counsel; however, long distance calls could not be made, nor can long distance calls be made currently.

6. As a result of the long distance calls not getting through to Plaintiff's counsel, e-mail correspondence was sent to him on September 1 advising of same and requesting Plaintiff's counsel call defense counsel should he get the e-mail. (A copy of said e-mail correspondence is attached hereto as Exhibit B).

7. Because the parties have been unable to meet by telephone or in person in order to prepare the Rule 26(f) report, Defendants respectfully request this Honorable Court to grant an extension of time to allow the parties to have their planning meeting and prepare their report.

WHEREFORE, premises considered, Defendants respectfully request an extension of time in order to prepare and file the Rule 26(f) report.

_____
CARROLL H. SULLIVAN (SULL8646)
Attorney for ICON Health & Fitness, Inc.
and Sears, Roebuck, & Co.

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2d day of September, 2005, I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following counsel:

David E. Allred, Esquire
David E. Allred, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

_____
OF COUNSEL

| | |
|---|---|
| Subj: | **Re: Peyton Ruud v. Sears/Icon** |
| Date: | 8/26/2005 11:27:17 AM Central Daylight Time |
| From: | CarrllSull |
| To: | DAllred@allredpclaw.com |
| CC: | CAllred@allredpclaw.com, gzoghby@scottsullivanlaw.com, cgeorge@scottsullivanlaw.com |

David: George Zoghby of our firm will handle conference call with you on Monday. Please let Goerge know when Monday this conference can be conducted. Thanx.
   Carroll Sullivan
   csullivan@scottsullivanlaw.com

In a message dated 8/25/2005 2:30:22 PM Central Daylight Time, DAllred@allredpclaw.com writes:

In accord with Judge Fuller's order, this will serve to schedule a conference for the purpose of developing a discovery plan so that a Rule 26(f) report can be filed by 8-31-05. I am available this afternoon, 8-26, or 8-29 for a conference call. If you will let me know if any of these proposed times are good for you, we can get the conference call scheduled.

Thanks, David


David E. Allred

**DAVID E. ALLRED, P.C.**

1774 Taliaferro Trail (36117)

P.O. Box 241594

Montgomery, Alabama 36124 - 1594

Telephone: 334 - 396 - 9200


Facsimile: 334 - 396 - 9977

dallred@allredpclaw.com



DEFENDANT'S EXHIBIT A

| Web Hosting Web Mail |
|---|

From: George Zoghby <gzoghby@scottsullivanlaw.com>
To: <dallred@allredpclaw.com>
Cc: <csullivan@scottsullivanlaw.com>
Subject: Ruud v Icon et al
Date: Thu, 01 Sep 2005 11:34:29 -0400 (EDT)

Dear David, due to the hurricane I was unable to have the telephone
conference with you on Monday. I tried this morning to call you but cannot
get a long distance call to go through. Please call me when you get this
message to discuss the conference 251-433-1346.
Thank you,
George Zoghby


George M. Zoghby, Esquire
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Regions Bank Building, 10th Floor
56 Saint Joseph Street
Mobile, Alabama 36602
Telephone: 251-433-1346
Facsimile: 251-433-1086
Email: gzoghby@scottsullivanlaw.com

CONFIDENTIALITY NOTICE--This message, and any
attachment to it, is confidential, intended
only for the recipient(s) named above, and may
contain information that is privileged,
proprietary, attorney work-product, or
otherwise exempt from disclosure under
applicable law. There is no intent on the part
of the sender to waive any privilege that may
attach to this communication. If you have
received this message by error, or are not the
intended recipient, you are hereby notified
that you should not read, save, disseminate or
forward this message, or the information
contained in or attached to it, in any form or
manner. Instead, please notify the sender
immediately by reply or by telephone at (251)
433-1346 and delete this message from any
device and/or media in which it may be stored.
Thank you for your cooperation.

DEFENDANT'S
EXHIBIT
B