IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., a minor, who sues by and through her mother and next friend, Tatum Ruud, *et al.*, ) ) ) ) Plaintiffs, ) v. ) ) SEARS, ROEBUCK & CO., *et al.*, ) ) Defendants. ) | CASE NO. 2:05-cv-640-F |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time to File Rule 26(f) Report (Doc. #7) filed on September 2, 2005, it is hereby

ORDERED that the motion is GRANTED to and including September 19, 2005.

DONE this the 12th day of September, 2005.

                                                         /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE