# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| P.R., a minor, who sues by | ) | |
| and through her mother and next friend, | ) | |
| TATUM RUUD; TATUM RUUD, as an | ) | |
| individual, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| vs. | ) | **2:05cv640-B** |
| | ) | |
| SEARS, ROEBUCK & CO., a corporation; | ) | |
| ICON HEALTH & FITNESS, INC., et al. | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING DISCOVERY

    **COME NOW** Defendants Sears, Roebuck & Co. and ICON Health & Fitness, Inc., by and through the undersigned counsel, and hereby certify that they did on the 28th day of September, 2005, serve a copy of the following on all counsel of record in the above-styled cause:

    Defendants' Interrogatories and Requests for Production to Plaintiffs

_____

CARROLL H. SULLIVAN (SULL8646)
GEORGE M. ZOGHBY (ZOGH4188)
Attorneys for ICON Health & Fitness, Inc.
and Sears, Roebuck, & Co.

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2005, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel:

David E. Allred, Esquire
David E. Allred, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

OF COUNSEL