IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., a minor, who sues by and through her mother and next friend, TATUM RUUD; TATUM RUUD, as an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEARS, ROEBUCK & CO., a corporation; ICON HEALTH & FITNESS, INC., et al.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  2:05cv640-B<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT OF ICON HEALTH & FITNESS, INC.**

Pursuant to Fed.R.Civ.Proc. 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ICON Health & Fitness, Inc. certifies that there is no parent company of ICON and no publically held corporation that owns 10% or more shares.

_____
CARROLL H. SULLIVAN (SULL8646)
GEORGE M. ZOGHBY (ZOGH4188)
Attorneys for ICON Health & Fitness, Inc.

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of November, 2005, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel:

David E. Allred, Esquire
David E. Allred, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

/s/ _____
OF COUNSEL