IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., a minor, who sues by and through her mother and next friend, TATUM RUUD; TATUM RUUD, as an individual, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>SEARS, ROEBUCK & CO., a corporation; ICON HEALTH & FITNESS, INC., et al. )<br><br>Defendant. ) | CIVIL ACTION NO.:<br>2:05cv640-B |

### DISCLOSURE STATEMENT OF SEARS, ROEBUCK & CO.

Pursuant to Fed.R.Civ.Proc. 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sears, Roebuck and Co. certifies that Sears, Roebuck and Co. is a wholly owned subsidiary of Sears Holdings Corporation. Sears Holdings Corporation is a public company. No other publically owned company owns 10% or more of the outstanding shares of Sears.

_____
CARROLL H. SULLIVAN (SULL8646)
GEORGE M. ZOGHBY (ZOGH4188)
Attorneys for Sears, Roebuck, and Co.

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of November, 2005, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel:

David E. Allred, Esquire
David E. Allred, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

_____
OF COUNSEL