IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., a minor, who sues by ) <br> and through her mother and next friend, ) <br> TATUM RUUD; TATUM RUUD, as an ) <br> individual, ) <br>     ) <br>     Plaintiffs, ) <br>     ) <br> vs. ) <br>     ) <br> SEARS, ROEBUCK & CO., a corporation; ) <br> ICON HEALTH & FITNESS, INC., et al. ) <br>     ) <br>     Defendant. ) | CIVIL ACTION NO.: <br> 2:05cv640-WKW |

## AMENDED DISCLOSURE STATEMENT OF DEFENDANT ICON HEALTH & FITNESS, INC..

Pursuant to Fed.R.Civ.Proc. 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ICON Health & Fitness, Inc. amends its previous disclosure statement. ICON Health & Fitness, Inc., is a wholly owned subsidiary of HF Holdings, Inc. HF Holdings, Inc. is a public company. Bain Capital, Inc. and Credit Suisse First Boston Corp. each own 10% or more of the outstanding shares of HF Holdings, Inc.

/s/George M. Zoghby
CARROLL H. SULLIVAN (SULL8646)
GEORGE M. ZOGHBY (ZOGH4188)
Attorneys for ICON Health & Fitness, Inc.

OF COUNSEL:
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of February, 2006, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel:

David E. Allred, Esquire
David E. Allred, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

                _/s/ George M. Zoghby_
                OF COUNSEL