# DAVID E. ALLRED, P.C.
*ATTORNEY & COUNSELOR AT LAW*

7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594

TELEPHONE: (334) 396-9200
FACSIMILE: (334) 396-9977

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

March 16, 2006

George M. Zoghby, Esq.                                  ***By Facsimile (251) 433-1086***
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.                  ***Confirmation by Mail***
Post Office Box 1034
Mobile, Alabama 36633

    Re:    **Peyton Ruud, *et al.* vs. Sears, Roebuck & Co., *et al.***
           **United States District Court, Middle District, Northern Division**
           **Civil Action No. 2:05-cv-640**

Dear George:

    Following up on our conversation of this morning, this will advise that the plaintiff will settle all claims against the defendants for $70,000. Earlier, the defendants offered $15,000 to settle the claim. The plaintiff's demand of $70,000 is fully negotiable and we would like to compromise the case and get it settled. If the defendants will make us another offer, I feel confident that we can find some common ground and get the case settled. In that regard, I do look forward to hearing from you.

                            Yours truly,

                            David E. Allred

DEA/bgf