IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEYTON RUUD, a minor, who sues by and through her mother and next friend, TATUM RUUD, *et al.*, | )<br>)<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| vs. | ) CASE NO. 2:05-cv-640 |
| SEARS, ROEBUCK & CO., *et al.*, | )<br>)<br>) |
| *Defendants.* | ) |

### MOTION FOR EXTENSION OF TIME TO IDENTIFY EXPERT AND OTHER WITNESSES

NOW COMES the plaintiff, by and through her attorney, and moves the Court to extend the time for identifying expert and other witnesses set out in §8 of the Uniform Scheduling Order entered in this case and, for reason, says that there is now pending before this Court a Motion to Remand the case to the Circuit Court of Montgomery County and the plaintiff will need additional time to identify experts and other witnesses.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiff respectfully requests that the Court grant an extension of time of 45 days from June 23, 2006.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of March, 2006 electronically filed the foregoing *Motion for Extension of Time to Identify Expert and Other Witnesses* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Carroll H. Sullivan, Esq.   csullivan@scottsullivanlaw.com
George M. Zoghby, Esq.   gzoghby@scottsullivanlaw.com

_____
OF COUNSEL