IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., *et al.* ) | |
| *a minor, who sues by and through her* ) | |
| *mother and next friend, Tatum Ruud* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-640-WKW |
| ) | |
| SEARS, ROEBUCK & CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint, Motion to Remand and Motion for Extension of Deadline for Identifying Expert and Other Witnesses (Docs. #18, 19 & 20) filed on March 16, 2006, it is hereby

ORDERED that the motions be submitted without oral argument on April 18, 2006.

It is further ORDERED that the defendant file a response on or before April 11, 2006.  The plaintiff may file a reply brief on or before April 18, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 21st day of March, 2006.

                                                  /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE