IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P.R., *et al.*,              ) | |
|                              ) | |
|    Plaintiffs, ) | |
|                              ) | |
| v.                           ) | CASE NO. 2:05-CV-640-WKW |
|                              ) | |
| SEARS, ROEBUCK & CO., *et al.*, ) | |
|                              ) | |
|    Defendants. ) | |

## **ORDER**

This case is before the Court on the plaintiff's Motion to Remand (Doc. # 19), filed on March 16, 2006. The defendants filed a response (Doc. # 22) indicating that they have no objection to this case being remanded to state court.

Therefore, it is hereby ORDERED that

1. Plaintiff's Motion to Remand (Doc. # 19) is GRANTED.

2. This case is REMANDED to the Circuit Court of Montgomery County, Alabama.

3. The Clerk is DIRECTED to take appropriate steps to effect the remand.

4. Any pending motions are left for resolution by the Circuit Court of Montgomery County, Alabama.

Done this 5th day of May, 2006.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE

.