SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery County Circuit Court
100 South Lawrence Street
Montgomery, AL 36104

MAY 0 8 2006

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Tommie Johnson*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Tommie Johnson

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05CV640
#23 order

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3465 0351

Domestic Return Receipt  102595-02-M-1540